AMY M. ROSE, ESQ.
Nevada Bar No. 12081
American Civil Liberties Union of Nevada
601 S. Rancho Dr., Ste. B11
Las Vegas, NV 89106
Tel. 702-366-1536
Email: rose@aclunv.org

*Attorney for Plaintiff on Limited Basis*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT CSECH,<br><br>    Plaintiff,<br><br>  vs.<br><br>VERONICA VAN HORNE, ET AL.<br><br>    Defendant | Case No. 3:13-cv-00283-MMD-WGC |
| ROBERT CSECH,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOHN PERRY, ET AL.<br><br>    Defendant | Case No. 3:13-cv-00289-MMD-VPC |
| ROBERT CSECH,<br><br>    Plaintiff,<br><br>  vs.<br><br>MR. HANNAH, ET AL.<br><br>    Defendant. | Case No. 3:13-cv-00292-MMD-WGC |

**[PROPOSED] ORDER**

**APPOINTING GUARDIAN AD LITEM**

# [PROPOSED] ORDER APPOINTING GURDIAN AD LITEM

This matter having come before the Honorable Valerie P. Cooke, and the Honorable William G. Cobb, on August 28, 2015 regarding the appointment of a guardian ad litem, with each party present through their counsel, and after hearing the arguments of counsel for all parties;

**IT IS HEREBY ORDERED** that a guardian ad litem be appointed for the limited purpose of assisting plaintiff with preparing for and participating in a global settlement conference.

**IT IS FURTHER ORDERED** that Holly Welborn be appointed as the guardian ad litem for this limited purpose. Ms. Welborn is a newly-admitted Nevada attorney with a background in advocating for and on behalf of offenders, former offenders, diversion participants and the agencies that assist them. Ms. Welborn assisted clients of the Nevada Disability Advocacy and Law Center in a wide variety of legal matters and understands the unique needs of disabled individuals. Further, she is knowledgeable of the legal duties of a Guardian Ad Litem (GAL), though her work with child dependency proceedings at Legal Services for Children (LSC) in San Francisco, California. She currently serves as an adult drug court assistant for the Bristlecone Family Resources (BFR) substance abuse treatment center. BFR is the contracted treatment provider for the Second Judicial District Court's Adult Drug Court program. As an employee of BFR she develops relationships of trust with participants and assists them in finding resources to successfully comply with program requirements.

Plaintiff's counsel finds Ms. Welborn to be an appropriate and qualified appointment for a guardian ad litem in this matter.

Dated this  14th  day of  October,  2015

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

*/s/ Amy M. Rose*
AMY M. ROSE, ESQ.
Nevada Bar No. 12081
American Civil Liberties Union of Nevada
601 S. Rancho Dr., Ste. B11
Las Vegas, NV 89106
Tel. 702-366-1536
Email: rose@aclunv.org

*Attorney for Plaintiff Robert Csech*
*On Limited Basis*

**Approved as to Form and Content Only:**

*/s/ John L. Ward IV*
JOHN L. WARD IV
Deputy Attorney General
Nevada Bar No. 12513
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: 775 684-1134
E-mail: jward@ag.nv.gov

*Attorneys for Defendants*
*Michael Cruse, Ronald Hannah,*
*Angelita Hensley, E.K. McDaniel,*
*Jack Palmer, John Peery, Richard*
*Shepherd, Veronica Van Horn,*
*and Lisa Walsh*