UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT CSECH, | ) | 3:13-CV-0283-MMD-WGC |
| | ) | 3:13-CV-0289-MMD-VPC |
| Plaintiff, | ) | 3:13-CV-0292-MMD-WGC |
| | ) | |
| vs. | ) | **MINUTE ORDER** |
| | ) | |
| VERONICA VAN HORN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Throughout the pendency of these three cases, plaintiff has filed numerous motions for appointment of counsel, plaintiff has refused to be served with court orders, refused to participate in medical appointments, and has been unable to communicate verbally with the court. The court became concerned with the plaintiff's mental competency to proceed in this matter, and following a neuropsychological examination, the court found that appointment of counsel and a guardian ad litem for plaintiff was warranted for the limited purpose of assisting plaintiff with preparing for and participating in a global settlement conference in these cases. *See Csech v. Veronica Van Horn, et al.*, 3:13-CV-0283-MMD-WGC (#s 5, 46, 63, 66, 67, 70, &82); *Csech v. John Perry, et al.*, 3:13-CV-0289-MMD-VPC (#s 2, 19, 67, 69, 82, 87, 88, 91, &102); *Csech v. Mr. Hannah, et al.,* 3:13-CV-0292-MMD-WGC #s 5, 38, 42, 57, 60, 61, 62, 65, & 76).

Pursuant to Local Rule IA 10-6(a):

> A party who has appeared by attorney cannot while so represented appear or act in the case. An attorney who has appeared for a party shall be recognized by the Court and all the parties as having control of the client's case. . . .

Therefore, plaintiff's *ex parte* emergency motions (#s 89, 109 & 82) shall be **STRICKEN** from the docket.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:         /s/
Deputy Clerk